**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 OCT 17 A 11: 09

_Jersie Limnyuy Mbu_

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Essex County College personnel via Enrollment Services_

**COMPLAINT**

Jury Trial: [✓] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name             _Jersie Limnyuy Mbu_
             Street Address   _365 Park Avenue_
             County, City     _Essex, East Orange_
             State & Zip Code _New Jersey 07017_
             Telephone Number _862 -_

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Marilyn Henry
Street Address: 303 University Avenue
County, City: Essex, Newark
State & Zip Code: New Jersey, 07102

Defendant No. 2
Name: Sanja Dizdarevic
Street Address: 303 University Avenue
County, City: Essex, Newark
State & Zip Code: New Jersey, 07102

Defendant No. 3
Name: Dulce Erazo
Street Address: 303 University Avenue
County, City: Essex, Newark
State & Zip Code: New Jersey, 07102

Defendant No. 4
Name: Joanne Cerreto
Street Address: 303 University Avenue
County, City: Essex, Newark
State & Zip Code: New Jersey, 07102

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal Questions
[ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff
[ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty-right is at issue? One and five, amendments within reach of my case number.

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **Between Essex County College and myself (therapeutic healing)**

B. What date and approximate time did the events giving rise to your claim(s) occur? **Approximately between 2013 to present**

C. Facts [What happened to you?]: **The E.C.C. staff and student body reached itself yesterday. I lost my mind, healed of membrane reality denomination, and am being told that I don't need any courses/tuition retailed fool" to learn my incoherent trimester. Heal! The Enrollment Services and Financial Aide Services are killing my tuition funding. They are lousy and pathetic, calling me dumb and unrealistic. It is unfair**

[Was anyone else involved?] **The student body tortured me so much that Enrollment Services knew about it. They laughed and mocked me until I was hospital sick.**

[Who else saw what happened?] **Many teachers specifically some one named Mr. Okafor cursed me through his lewd tongue. All I can say is God literally healed me of torment. I need the ECC staff to apologize.**

-3-

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

- Hospitalized for about 5 years
- Killed with mockery by Dr. Keith Kirkland. It is not about morality.
- Memory loss and eating/dietary issues
- Social media look booklet for students and employed ECC staff to laugh at. My mother is unable to work and they are denying to pay for my education / despite my proof of Medical accuity relief.

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

$80,000 dollars for medical injuries, full tuition coverage for my years at ECC and compensation from refund department. Bursar's office will apologize to me for asking me to pay for classes I can not afford and then person without identification saying I can't pay my tuition as if I have money with no check/deposit banking system.

- Withholding money from my Bursar's office from TAG scholarship.
- Need my courses (transferred credits) to reESTABLISH itself on the computer from Mount Saint Mary's University
- Need more than an apology from Essex County College's Board of Administration for their contraction into my trivialities unrehearsed -4- and denied aforementioned.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 16th day of October, 2017.

Signature of Plaintiff _[signature]_

Mailing Address 365 Park Avenue
East Orange NJ 07017

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address jersie_mbuh@yahoo.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _[signature]_